

**Michael W. AKULLIAN,**
**Claimant–Appellee,**

v.

**R. James NICHOLSON, Secretary of**
**Veterans Affairs, Respondent–**
**Appellant.**

**No. 2007–7030.**

United States Court of Appeals,
Federal Circuit.

Nov. 28, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Michael W. AKULLIAN,**
**Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

**No. 2007–7039.**

United States Court of Appeals,
Federal Circuit.

Nov. 28, 2006.

Michael W. Akullian, pro se.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**James H. KNIGHT, Petitioner,**

v.

**DEPARTMENT OF HOMELAND**
**SECURITY, Respondent.**

**No. 2006–3427.**

United States Court of Appeals,
Federal Circuit.

Nov. 29, 2006.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner should compute the due date for filing its brief 60 days from the date of filing of this order.

